

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80814-CIV-COHN/SELTZER

JOHN KIEFER, on his own behalf and
others similarly situated,

    Plaintiff,

v.

LAKE PARK TOWING, INC., a Florida
Corporation, and KATHRYN GADOURY,
individually,

    Defendants.
_____/

## DEFAULT FINAL JUDGMENT AGAINST DEFENDANT LAKE PARK TOWING, INC.

**THIS CAUSE** is before the Court upon Plaintiff John Kiefer's Motion for Entry of Final Default Judgment against Defendant Lake Park Towing, Inc. [DE 12]. The Court has carefully reviewed the merits of said Motion, and the entire Court file herein, and is otherwise fully advised in the premises. After due consideration, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Final Default Judgment [DE 12] is **GRANTED**.

2. Shavitz Law Group, P.A. is hereby awarded its reasonable attorneys' fees and costs in the amount of $1,351.00 against Defendant, Lake Park Towing, Inc.

3. Judgment is hereby entered in favor of Plaintiff, John Kiefer, and against Defendant, Lake Park Towing, Inc., in the amount of $14,960.00, as overtime wages and liquidated damages, plus $1,351.00 in attorneys' fees

and costs, for a total sum of $16,311.00, together with interest thereon, pursuant to 28 U.S.C. § 1961, at the rate of 1.52 percent per annum, for all of which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 17TH day of March, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record